**UNITED STATES COURT OF INTERNATIONAL TRADE**

----------------------------------------------------------------- X

SPEEDY FOOD GROUP, INC. d/b/a SABATINO
NORTH AMERICA LLC,

               **Plaintiff,**

               *v.*

U.S. CUSTOMS AND BORDER PROTECTION;
RODNEY S. SCOTT, in his official capacity as
Commissioner of U.S. Customs and Border Protection;
and the UNITED STATES OF AMERICA,

               **Defendants.**

----------------------------------------------------------------- X

**Case No. 26-1135**

## CERTIFICATE OF SERVICE

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on February 23, 2026, I caused copies of Plaintiff's Summons and Complaint to be served on the following parties by certified mail, return receipt requested:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza Room 346
New York, NY 10278

Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, NW, Suite 4.4-B
Washington, D.C. 20229

Rodney Scott, Commissioner of Customs
U.S. Customs and Border Protection
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, NW, Suite 4.4-B
Washington, D.C. 20229

<u>/s/ Patrick B. Klein</u>
Patrick B. Klein
NEVILLE PETERSON LLP
One Exchange Plaza at 55 Broadway
New York, New York 10006
(212) 635-2730

February 23, 2026